Chelsea Latino (NSBN 14227)
Zachary D. Besso (NSBN 16200)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com
zbesso@mcdonaldcarano.com

David W. Moreshead (*pro hac vice* forthcoming)
Sean Canzone (*pro hac vice* forthcoming)
MUNGER TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
david.moreshead@mto.com
sean.canzone@mto.com

*Attorneys for Defendant*
*Bechtel Construction Company*

McDONALD CARANO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACOB ROOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BECHTEL CONSTRUCTION COMPANY,<br><br>Defendant. | Case No.: 3:26-cv-00822-MMD-CSD<br><br>**STIPULATION AND ORDER EXTENDING RESPONSIVE PLEADING DEADLINE AND STAYING ACTION FOR THIRTY DAYS**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Jacob Roos ("Roos") and Defendant Bechtel Construction Company ("Bechtel") hereby stipulate, agree, and respectfully request that the Court order as follows:

WHEREAS, on October 21, 2026, Roos filed the Collective Action Complaint alleging unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (ECF No. 1);

WHEREAS, Roos served the Summons and Complaint on Bechtel on October 28, 2026, and Bechtel's current deadline to file a responsive pleading is November 18, 2026;

WHEREAS, the parties wish to explore whether this action can be resolved through mediation and, as a result, the parties have agreed that the deadline for Bechtel to file a responsive pleading shall be extended by thirty (30) days to December 18, 2026, and the matter shall be otherwise stayed until that date;

WHEREAS, the stipulated extension and stay will allow the parties to discuss a potential mediation while conserving the parties' and the Court's resources;

WHEREAS, this is the first request to extend Bechtel's deadline to respond to the Complaint, no prior extensions have been granted, and the requested relief is sought in good faith and not for purposes of delay;

THEREFORE, IT IS STIPULATED, by the parties, through their respective counsel of record, subject to the Court's approval that:

1. Bechtel's deadline to file a responsive pleading to the Complaint is extended by thirty (30) days through December 18, 2026, inclusive.
2. This matter is stayed for thirty (30) days through December 18, 2026, inclusive.
3. The stay does not preclude mediation discussions, voluntary exchanges of information for those discussions, or requests for relief from or modification of the stay.
4. This stipulation does not resolve the merits of any claim or defense or any issue concerning statutes of limitations or tolling. The parties reserve their respective positions on those issues.

/ / /

/ / /

/ / /

/ / /

/ / /



McDONALD CARANO

**IT IS SO STIPULATED.**

DATED: November 17, 2026.

McDONALD CARANO LLP

By: */s/ Chelsea Latino*
Chelsea Latino (NSBN 14227)
Zachary D. Besso (NSBN 16200)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com
zbesso@mcdonaldcarano.com

David W. Moreshead (*PHV* forthcoming)
Sean Canzone (*PHV* forthcoming)
MUNGER TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
david.moreshead@mto.com
sean.canzone@mto.com

*Attorneys for Defendant*

MIGLIACCIO & RATHOD LLP

By: */s/ Randolph T. Chen*
Nicholas Migliaccio
Randolph T. Chen
Christopher Hadsall
412 H St. NE, Suite 302
Washington, D.C. 20002
(202) 470-3520
nmigliaccio@classlawdc.com
rchen@classlawdc.com
chadsall@classlawdc.com

Michael Kind (NSBN 13903)
Matthew Tripp-Cox (NSBN 16642)
KIND LAW
5071 N. Rainbow Blvd., Unit 110
Las Vegas, NV 89130
(702) 337-2322
mk@kindlaw.com
matthew.tripp-cox@kindlaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2026



McDONALD CARANO